```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

First Southern National Bank, N.A.
    v.
                                                Case No. 19-cv-139-PB

Nick A. Catsam, et al

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 19, 2019 . The for the reasons explained in the Report and Recommendation, the motion for default judgment (doc. no. 10), is granted.

                                            /s/ Paul Barbadoro
                                          _____
                                          Paul J. Barbadoro
                                          United States District Judge

Date: October 17, 2019


cc:  Julie K. Connolly, Esq.